Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BRUSSELL SEWING MACHINE CO., INC., Respondent, v. APEX WATCH CASE MFG. CO., INC., Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LEOPOLD MANNABERG, Appellant, v. ELY CULBERTSON et al., Respondents, et al., Defendants.—

Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Will of FRANCIS G. LLOYD, Deceased. MATILDA H. LLOYD et al., as Trustees under the Will of FRANCIS G. LLOYD, Deceased, et al., Appellants; JOAN H. LLOYD et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse.

LEOPOLD MANNABERG, Appellant, v. ELY CULBERTSON et al., Respondents, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to affirm. Settle orders on notice.

MARIE MCMILLIN, Appellant, v. COLUMBIA PICTURES CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

HAROLD WILL, Respondent, v. WILL & BAUMER CANDLE COMPANY, INC., et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

HAROLD WILL, Respondent, v. WILL & BAUMER CANDLE COMPANY, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

LILLIAN KAHGAN, Appellant, v. PHILLIP KAHGAN, Defendant. In the Matter of PARAMOUNT PICTURES, INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of JOHN G. BEST et al., Appellants, against CITY OF NEW YORK et al., Respondents.—